UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,

vs.                                                            CASE NO.: 6:24-cv-01806-CEM-RMN

RG OVIEDO LLC
a Florida Limited Liability Company
d/b/a MOE'S SOUTHWEST GRILL

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, RG OVIEDO LLC, a Florida Limited Liability Company, d/b/a MOE'S SOUTHWEST GRILL, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against RG OVIEDO LLC, a Florida Limited Liability Company, d/b/a MOE'S SOUTHWEST GRILL; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED April 14, 2025.

| | |
|---|---|
| By: /s/ Gregory S. Sconzo | By: /s/ Anna M. Urie |
| Gregory S. Sconzo, Esq. | ANNA M. URIE |
| Florida Bar No.: 0105553 | Florida Bar No.: 127455 |
| Sconzo Law Office, P.A. | COLE, SCOTT & KISSANE, P.A. |
| 3825 PGA Boulevard, Suite 207 | Counsel for Defendant RG OVIEDO LLC, a |
| Palm Beach Gardens, FL 33410 | Florida Limited Liability Company, d/b/a |
| Telephone: (561) 729-0940 | MOE'S SOUTHWEST GRILL, |
| Facsimile: (561) 491-9459 | 500 N. Westshore Boulevard, Suite 700 |
| Email: greg@sconzolawoffice.com | Tampa, Florida 33609 |
| Email: alexa@sconzolawoffice.com | Telephone 813-509-2632 |
| Attorney for Plaintiff | Facsimile 813-286-2900 |
| | Primary e-mail: anna.urie@csklegal.com |
| | Secondary e-mail: alyson.waller@csklegal.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                            **/s/ Gregory S. Sconzo**
                                            **Gregory S. Sconzo, Esq.**